JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-03760-MMM(Ex) | Date | July 8, 2009 |

| | |
|---|---|
| Title | Robert Vo vs. Micron Technologies, Inc. |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None appearing                None appearing

**Proceedings:**      IN CHAMBERS - ORDER DISMISSING ACTION

On May 20, 2009, counsel filed a stipulation of dismissal with prejudice. Accordingly, the court dismisses the entire action with prejudice.